1 | CROWELL & MORING LLP
Mark T. Jansen (CSB No. 114896)
2 | mjansen@crowell.com
275 Battery Street, 23rd Floor
3 | San Francisco, CA 94111
Telephone: (415) 986-2800
4 | Facsimile: (415) 986-2827

5 | Attorneys for Plaintiffs
PAR PHARMACEUTICAL, INC. AND
6 | HANDA PHARMACEUTICALS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAR PHARMACEUTICAL, INC. AND HANDA PHARMACEUTICALS, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS AMERICA, INC., AND TAKEDA PHARMACEUTICALS U.S.A., INC.<br><br>　　　　Defendants. | Case No. 3:13-cv-1927-MEJ<br><br>**NOTICE OF LODGING PAR AND HANDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

Plaintiffs Par Pharmaceutical, Inc. ("Par") and Handa Pharmaceuticals, LLC ("Handa") (collectively, "Plaintiffs"), hereby give notice that, pursuant to Civil Local Rule 3-12, Plaintiffs are lodging their Administrative Motion To Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12, filed on May 7, 2013 in the case captioned *Takeda Pharmaceutical Co., Ltd., et al. v. Handa Pharmaceuticals, LLC*, *et al.*, No. 3:11-cv-0840-JCS, and attached as Exhibit 1 hereto. Exhibit 1 includes the Proposed Order and Supporting Declaration of Mark T. Jansen, including the exhibits thereto, that were filed concurrently with the Administrative Motion.

Respectfully Submitted,

Dated: May 8, 2013

PAR PHARMACEUTICAL, INC. AND
HANDA PHARMACEUTICALS, LLC


By: */s/ Mark T. Jansen*
Mark T. Jansen (CSB No. 114896)
*mjansen@crowell.com*
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
*Attorneys for Plaintiffs*