UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAKEDA PHARMACEUTICAL CO., LTD, et al.,

        Plaintiffs,

    v.

HANDA PHARMACEUTICALS, LLC, et al.,

        Defendants.

Case No.  11-cv-00840-JCS

**ORDER DENYING MOTION TO RELATE CASES**

Re: Dkt. No. 353

    Defendants Handa Pharmaceuticals, LLC and Par Pharmaceutical, Inc. ("Defendants") filed a Motion to Relate this Case and *Par Pharmaceutical, Inc., et al. v. Takeda*, No. 5:13-cv-1927 LHK (the "Motion").  The Motion is **DENIED**.  The Court also denies the motion to recommend that the judge assigned to the 1927 case assign that action to the undersigned for "all purposes allowed by 28 U.S.C. § 636(b)(1)."  Not only is such a recommendation not within the province of a judge sitting on a separate case, it is also inconsistent with General Order No. 42 of this Court.

    IT IS SO ORDERED.

Dated:  May 15, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge