# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAR PHARMACEUTICALS, INC. AND HANDA PHARMACEUTICALS, LLC., <br><br>Plaintiffs, <br><br>v. <br><br>TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br>Defendants. | Case No. 13-CV-1927 (MEJ) <br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br>(CIVIL LOCAL RULE 11-3) |

I, Ryan N. Hagglund, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC., in the above-entitled action. I am counsel in the same office with Heather E. Takahashi, an attorney who is a member of the bar of this Court in good standing.

| MY ADDRESS OF RECORD: <br><br>355 S. Grand Avenue, 35th Floor <br>Los Angeles, CA  90071-1500 <br><br>MY TELEPHONE NO. OF RECORD: <br>(213) 683-9509 <br><br>MY EMAIL ADDRESS OF RECORD: <br>ryan.hagglund@mto.com | COUNSEL'S ADDRESS OF RECORD: <br><br>355 S. Grand Avenue, 35th Floor <br>Los Angeles, CA  90071-1500 <br><br>COUNSEL'S TELEPHONE NO. OF RECORD: <br>(213) 683-9531 <br><br>MY EMAIL ADDRESS OF RECORD: <br>heather.takahashi@mto.com |

I am an active member in good standing of a United States Court, as indicated above; my bar number is: <u>4595872</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:  May 3, 2013                                           Ryan N. Hagglund
                                                                                APPLICANT

20739163.1

PRO HAC VICE APPLICATION AND ORDER
CASE NO. 13-CV-1927 (MEJ)

Case5:13-cv-01927-LHK    Document16    Filed05/15/13    Page2 of 3

1

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of <u>Ryan N. Hagglund</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    May 15, 2013

*/s/ Lucy H. Koh*
UNITED STATES ~~MAGISTRATE~~ JUDGE

20739163.1

- 2 -

PRO HAC VICE APPLICATION AND ORDER
CASE NO. 13-CV-1927 (MEJ)

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## RYAN NEIL HAGGLUND

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **April 23, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in y office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**March 4, 2013**

*Clerk of the Court*

915