*Parties and counsel listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., AND HANDA PHARMACEUTICALS, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS AMERICA, INC., AND TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> Defendants. | Case No. 5:13-cv-1927 LHK <br><br> **STIPULATED EXTENSION TO ANSWER THE COMPLAINT; [PROPOSED] ORDER THEREON [1]** <br><br> Hon. Lucy H. Koh, U.S.D.J. |

1     Plaintiffs Handa Pharmaceuticals, LLC, and Par Pharmaceuticals, Inc., (collectively,
2 "Handa/Par") and Defendants Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals
3 U.S.A., Inc., and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"), through counsel,
4 jointly request an order from the Court adopting the parties' agreement related to the time for
5 Takeda to respond to the Complaint in this action.
6     WHEREAS, in an effort of cooperation, the parties have discussed and come to an
7 agreement on issues relating to an extension of time for Takeda to respond to the Complaint;
8     WHEREAS, this is the first extension of time requested in this action; and
9     WHEREAS, the requested extension will have no prejudicial effect on the schedule for this
10 case.
11     IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:
12     1.    Takeda's Answer to the Complaint in this action shall be filed with this Court no
13 later than May 29, 2013.

DATED: May 22, 2013

PAR PHARMACEUTICAL, INC. AND
HANDA PHARMACEUTICALS, LLC

By:    */s/ Mark T. Jansen*
Mark T. Jansen (SBN 114896)
*mjansen@crowell.com*
CROWELL & MORING LLP
275 Battery St., 23rd Fl.
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC., TAKEDA
PHARMACEUTICALS AMERICA, INC., AND
TAKEDA PHARMACEUTICALS U.S.A., INC.

By:    */s/ Heather E. Takahashi*
Jeffrey I. Weinberger (SBN 056214)
*jeffrey.weinberger@mto.com*

20849371.2     -2-    CASE NO. 5:13-CV-1927 LHK
STIPULATED EXTENSION OF TIME TO ANSWER COMPLAINT

Ted G. Dane (SBN 143195)
*ted.dane@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
Ryan N. Hagglund (*pro hac vice*)
*ryan.hagglund@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __May 28_____, 2013

*Lucy H. Koh*
_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE