**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., | ) | Case No.: 13-CV-04001-LHK |
| | ) | |
| Plaintiff, | ) | ORDER REFERRING CASE TO |
| | ) | MAGISTRATE JUDGE FOR |
| v. | ) | SETTLEMENT CONFERENCE |
| | ) | |
| MYLAN INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' request in the ADR Phone Conference report, the parties are hereby referred to Magistrate Judge Corley for a settlement conference.

**IT IS SO ORDERED.**

Dated: December 11, 2013

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00630-LHK
ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT