UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and HANDA PHARMACEUTICALS, LLC,<br><br>    Plaintiffs-Counterdefendants,<br><br>    v.<br><br>TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTCALS AMERICA, INC., and TAKEDA PHARMACEUTICALS U.S.A. INC.,<br><br>    Defendants-Counterclaimants. | Case No.:   13-CV-01927-LHK<br><br>Consolidated and Related Cases:<br>    13-CV-02416-LHK<br>    13-CV-02420-LHK<br><br>ORDER ON CASE MANAGEMENT CONFERENCE |

In light of the Court's claim construction order (ECF No. 95), the further claim construction hearing on June 12, 2014 is hereby VACATED, and the case management conference set for June 24, 2014 is advanced to June 12, 2014 at 11:00 A.M.  The parties shall file a joint case management statement, addressing any agreed case narrowing or other consequences of the claim construction order, by June 11, 2014 at 5:00 P.M.

**IT IS SO ORDERED.**

Dated: June 6, 2014

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01927-LHK
ORDER ON CASE MANAGEMENT CONFERENCE