*All parties and counsel listed on Signature Page.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PAR PHARMACEUTICAL, INC. AND HANDA PHARMACEUTICALS, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS AMERICA, INC., AND TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> Defendants. | Case No. 5:13-CV-1927 LHK (PSG) <br><br> **JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date:  June 12, 2014 <br> Time:  11:00 AM <br> Judge: Hon. Lucy H. Koh <br>           Courtroom 8 - 4th Floor |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. 5:13-CV-2416 LHK (PSG) |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TWI PHARMACEUTICALS, INC., <br><br> Defendant. | Case No. 5:13-CV-2420 LHK (PSG) |

23663610.1

REQUEST TO APPEAR TELEPHONICALLY
CASE NOS. 5:13-CV-1927, -2416, -2420

1  Plaintiffs and Declaratory Judgment Defendants Takeda Pharmaceutical Co., Ltd., Takeda
2  Pharmaceuticals North America, Inc., Takeda Pharmaceuticals America, Inc., and Takeda
3  Pharmaceuticals U.S.A., Inc., (collectively, "Takeda"), and Defendants and Declaratory Judgment
4  Plaintiffs Par Pharmaceutical, Inc., and Handa Pharmaceuticals, LLC (collectively, "Par"), and
5  Defendants Impax Laboratories, Inc., and TWi Pharmaceuticals, Inc. (Par, Impax, and TWi are
6  collectively known as "Defendants"), through their counsel, respectfully request that their
7  respective attorneys be allowed to appear telephonically at the Case Management Conference
8  scheduled for June 12, 2014, at 11 AM.

The parties propose that the Court and the parties use the following bridge number for the call: 888-263-2720, passcode 213-683-9531, security code 1410.

The following counsel plan to appear on behalf of their respective parties:

| Party | Counsel | Phone Number |
|---|---|---|
| Takeda | Ted G. Dane | (213) 683-9288 |
|  | Heather E. Takahashi | (213) 683-9531 |
| Par/Handa | James K. Stronski | (212) 895-4217 |
| TWi | Don J. Mizerk | (312) 526-1546 |
| Impax | Eric M. Acker | (858) 720-5109 |

Respectfully submitted,

DATED: June 9, 2014

TAKEDA PHARMACEUTICAL CO., LTD.,
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC., TAKEDA
PHARMACEUTICALS AMERICA, INC., AND
TAKEDA PHARMACEUTICALS U.S.A., INC.


By:       */s/ Heather E. Takahashi*
*jeffrey.weinberger@mto.com*
Ted G. Dane (SBN 143195)
*ted.dane@mto.com*

| | |
|---|---|
| 1 | Heather E. Takahashi (SBN 245845) |
| 2 | *heather.takahashi@mto.com*<br>MUNGER, TOLLES & OLSON LLP |
| 3 | 355 South Grand Ave., 35th Floor<br>Los Angeles, CA 90071-1560 |
| 4 | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| 5 | |
| 6 | Eric K. Chiu (SBN 244144)<br>*eric.chiu@mto.com* |
| 7 | Tina W. Arroyo (SBN 272757)<br>*tina.arroyo@mto.com* |
| 8 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street |
| 9 | San Francisco, California 94105-2907<br>Telephone:    (415) 512-4000<br>Facsimile:    (415) 512-4077 |
| 10 | PAR PHARMACEUTICALS, INC. AND HANDA |
| 11 | PHARMACEUTICALS, LLC |
| 12 | |
| 13 | By:         */s/ Mark T. Jansen*<br>CROWELL & MORING LLP |
| 14 | Mark T. Jansen (SBN 114896)<br>*mjansen@crowell.com* |
| 15 | Jacob Z. Zambrzycki (SBN 289682)<br>*jzambrzycki@crowell.com* |
| 16 | 275 Battery Street, 23rd Floor<br>San Francisco, CA 94111 |
| 17 | Telephone: ( 415) 986-2800<br>Facsimile: ( 415) 986-2827 |
| 18 | James K. Stronski |
| 19 | *jstronski@crowell.com*<br>Bruce D. DeRenzi |
| 20 | *bderenzi@crowell.com*<br>Chiemi D. Suzuki (SBN 228148) |
| 21 | *csuzuki@crowell.com*<br>590 Madison Avenue, 20th Floor |
| 22 | New York, NY 10022<br>Telephone: (212) 223-4000 |
| 23 | Facsimile: (212) 223-4134 |
| 24 | IMPAX LABORATORIES, INC. |
| 25 | |
| 26 | By:         */s/ Eric M. Acker* |
| 27 | DAVID C. DOYLE (SBN 70690)<br>*DDoyle@mofo.com* |
| 28 | ERIC M. ACKER (SBN 135805) |

| | |
|---|---|
| 1 | *EAcker@mofo.com* |
| | MORRISON & FOERSTER LLP |
| 2 | 12531 High Bluff Drive |
| | San Diego, California 92130-2040 |
| 3 | Telephone: (858)720-5100 |
| | Facsimile: (858)720-5125 |
| 4 | |
| | PARISA JORJANI (SBN 203487) |
| 5 | *PJorjani@mofo.com* |
| | MORRISON & FOERSTER LLP |
| 6 | 425 Market Street, 32nd Floor |
| | San Francisco, CA 94105 |
| 7 | Telephone: (415) 268-7000 |
| | Facsimile: (415) 276-7505 |
| 8 | |
| | TWI PHARMACEUTICALS, INC. |

By:       */s/ Don J. Mizerk*
Don J. Mizerk (SBN 208477)
*don.mizerk@huschblackwell.com*
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Facsimile: (312) 655-1501

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 11, 2014

*[signature: Lucy H. Koh]*

THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

<u>Filer's Attestation</u>

I, Heather Takahashi, am the ECF user whose identification and password are being used to file this **JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE.** In compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

DATED: June 9, 2014

*/s/ Heather E. Takahashi*
Heather E. Takahashi
