UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and HANDA PHARMACEUTICALS, LLC,<br><br>Plaintiffs-Counterdefendants,<br><br>v.<br><br>TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTCALS AMERICA, INC., and TAKEDA PHARMACEUTICALS U.S.A. INC.,<br><br>Defendants-Counterclaimants. | Case No.:   13-CV-01927-LHK<br><br>Consolidated and Related Cases:<br>13-CV-02416-LHK<br>13-CV-02420-LHK<br><br>CASE MANAGEMENT ORDER |

Clerk:  Elizabeth Garcia
Reporter:  Lee-Anne Shortridge

Plaintiffs' Attorneys: Ted Dane and Heather Takahashi for Takeda

Defendants' Attorneys: James Stronski for Par and Handa; Eric Acker for Impax; Don Mizerk for TWi

A case management conference was held on June 12, 2014. A further case management conference is set for October 29, at 2:00 p.m.

Pursuant to the parties' June 11, 2014 joint case management statement (ECF No. 101), the Court set the following deadlines in connection with case narrowing:

• Deadline for Takeda to file and serve a narrowed list of asserted claims: June 27, 2014.
• Deadline for Defendants to file and serve a narrowed list of prior art references: July 18, 2014.
• Deadline for Takeda to file and serve a further narrowed list of asserted claims: 7 days after close of fact discovery (October 13, 2014).
• Deadline for Defendants to file and serve a further narrowed list of prior art references: 7 days after receiving Takeda's notice (October 20, 2014).

The case schedule otherwise remains as previously set:

| | |
|---|---|
| Last Day to Amend Pleadings/Add Parties | April 11, 2014 |
| Initial Disclosures | August 30, 2013 |
| Disclosure of Asserted Claims and Infringement Contentions | September 20, 2013 |
| Parties Exchange Invalidity Contentions | November 4, 2013 |
| Parties Exchange Proposed Claim Terms | November 18, 2013 |
| Disclosure of Expert Witnesses for Claim Construction | November 18, 2013 |
| Parties Exchange Preliminary Claim Constructions | December 9, 2013 |
| Parties File Joint Claim Construction and Prehearing Statement | February 6, 2014 |
| Close of Claim Construction Discovery | March 6, 2014 |
| Claim Construction Opening Brief Due | March 27, 2014 |
| Claim Construction Opposition Brief Due | April 24, 2014 |
| Claim Construction Reply Brief Due | May 15, 2014 |
| Claim Construction Tutorial | June 5, 2014, at 1:30 p.m. |
| Deadline for Takeda to file and serve a narrowed list of asserted claims | June 27, 2014 |
| Deadline for Defendants to file and serve a narrowed list of prior art references | July 18, 2014 |
| Fact Discovery Cut Off | October 6, 2014 |
| Deadline for Takeda to file and serve a further narrowed list of asserted claims | October 13, 2014 |
| Deadline for Defendants to file and serve a further narrowed list of prior art references | October 20, 2014 |
| Parties Serve Initial Expert Reports and Produce Related Documents/Materials | October 20, 2014 |
| Parties Serve Rebuttal Expert Reports and Produce Related Documents/Materials | November 3, 2014 |
| Parties Serve Reply Expert Reports | November 17, 2014 |
| Close Expert Discovery | December 3, 2014 |
| Last Day to File Dispositive Motions[1] | December 18, 2014 |
| Hearing on Dispositive Motions | January 29, 2015, at 1:30 p.m. |
| Final Pretrial Conference | March 26, 2015, at 1:30 p.m. |
| Bench Trial | April 13, 2015, at 9:00 a.m. |
| Length of Trial | 7 days |

---

[1] Each party is limited to one dispositive motion in each case.

Case No.: 13-CV-01927 LHK
CASE MANAGEMENT ORDER

2

**IT IS SO ORDERED.**

Dated: June 12, 2014

_____
LUCY H. KOH
United States District Judge