```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION



   PAR PHARMACEUTICAL, INC., AND      )  C-13-01927 LHK
   HANDA PHARMACEUTICALS, LLC,        )  C-13-02416 LHK
                                      )  C-13-02420 LHK
                   PLAINTIFFS,        )
                                      )  SAN JOSE, CALIFORNIA
              VS.                     )
                                      )  JUNE 12, 2014
   TAKEDA PHARMACEUTICAL CO.,         )
   LTD., TAKEDA PHARMACEUTICALS       )  PAGES 1-10
   NORTH AMERICA, INC., TAKEDA        )
   PHARMACEUTICALS AMERICA, INC.,     )
   AND TAKEDA PHARMACEUTICALS         )
   U.S.A., INC.,                      )
                                      )
                   DEFENDANTS.        )
   _____)
                                      )
   AND RELATED CASES.                 )
   _____)


                    TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE LUCY H. KOH
                   UNITED STATES DISTRICT JUDGE


                    APPEARANCES ON NEXT PAGE




   OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                               CERTIFICATE NUMBER 9595


           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER


                    UNITED STATES COURT REPORTERS
```

```
 1
 2      A P P E A R A N C E S:

 3      FOR PAR AND              CROWELL & MORING
        HANDA:                   BY:  JAMES K. STRONSKI
 4                               590 MADISON AVENUE, 20TH FLOOR
                                 NEW YORK, NEW YORK  10022
 5

 6      FOR TAKEDA:              MUNGER, TOLLES & OLSON
                                 BY:  TED G. DANE
 7                                    HEATHER E. TAKAHASHI
                                 355 SOUTH GRAND AVENUE, 35TH FLOOR
 8                               LOS ANGELES, CALIFORNIA  90071

 9      FOR IMPAX:               MORRISON & FOERSTER
                                 BY:  ERIC M. ACKER
10                               12531 HIGH BLUFF DRIVE, SUITE 100
                                 SAN DIEGO, CALIFORNIA  92130
11

12      FOR TWI:                 HUSCH, BLACKWELL
                                 BY:  DON J. MIZERK
13                               120 SOUTH RIVERSIDE PLAZA, SUITE 2200
                                 CHICAGO, ILLINOIS  60606
14

15      FOR SANDOZ:              WINSTON & STRAWN
                                 BY:  MAUREEN L. RURKA
16                                    K. JOON OH
                                 35 WEST WACKER DRIVE
17                               CHICAGO, ILLINOIS  60601

18
19
20
21
22
23
24
25
```

1  SAN JOSE, CALIFORNIA                       JUNE 12, 2014

2              P R O C E E D I N G S

3        (COURT CONVENED AT 11:10 A.M.)

4            THE CLERK:  CALLING CASE NUMBER 13-1927, PAR

5   PHARMACEUTICAL, INC., ET AL, VERSUS TAKEDA PHARMACEUTICAL

6   COMPANY, LIMITED, ET AL; RELATED CASE NUMBER 13-2416, TAKEDA

7   PHARMACEUTICAL COMPANY, ET AL, V. IMPAX LABORATORIES, INC.; AND

8   RELATED CASE NUMBER 13-2420, TAKEDA PHARMACEUTICAL COMPANY V.

9   TWI PHARMACEUTICALS, ON FOR CASE MANAGEMENT CONFERENCE.

10        COUNSEL, PLEASE STATE YOUR APPEARANCES.

11            MR. DANE:  TED DANE AND HEATHER TAKAHASHI ON BEHALF

12  OF TAKEDA.

13            MR. ACKER:  ERIC ACKER ON BEHALF OF IMPAX

14  LABORATORIES.

15            MR. MIZERK:  DON MIZERK ON BEHALF OF TWI

16  PHARMACEUTICALS.

17            MR. STRONSKI:  JAMES STRONSKI ON BEHALF OF PAR AND

18  HANDA PHARMACEUTICALS.

19            THE COURT:  ALL RIGHT.  HAS EVERYONE STATED THEIR

20  APPEARANCE?  IT SOUNDS LIKE IT.  OKAY, GREAT.

21        GOOD MORNING AND WELCOME.

22        SO ALTHOUGH I WOULD NORMALLY REQUIRE THAT YOU ACTUALLY

23  GIVE ME SOME NUMERICAL LIMITS, BECAUSE YOU ONLY HAD SIX CLAIM

24  TERMS TO CONSTRUE RATHER THAN THE FULL TEN, AND YOU ONLY HAVE

25  ABOUT THREE INDEPENDENT CLAIMS ANYWAY, I'M NOT GOING TO REQUIRE

```
1    ANYTHING AT THIS POINT.
2         BUT AS WE PROCEED, IF IT TURNS OUT THAT THINGS ARE STILL
3    PERHAPS TOO BIG, I MAY THEN MAKE MORE SPECIFIC REQUESTS FOR
4    CASE NARROWING.
5         LET ME ASK, HOW MANY CLAIMS DO YOU ANTICIPATE GOING TO
6    TRIAL?
7              MR. DANE:  YOUR HONOR, THIS IS MR. DANE.
8         SO WE HAD ORIGINALLY ASSERTED, I BELIEVE IT'S AROUND 21
9    CLAIMS IN THE TWO PATENTS.  WE THINK, WITH THE COURT'S GUIDANCE
10   AND LOOKING AT THE CLAIM CONSTRUCTION ORDER, WE NEED TO DIGEST
11   THAT A LITTLE MORE AND CONSULT OUR CLIENT, BUT WE THINK THAT WE
12   CAN REDUCE THAT, AS WE SAID, SUBSTANTIALLY, AT LEAST BY A THIRD
13   OR SO, IF NOT MORE.
14        AND I THINK THAT AT THAT POINT THE NUMBER OF CLAIMS THAT
15   WE WOULD BE ASSERTING WOULD BE SOMEWHERE IN THE RANGE OF 12 OR
16   SO.
17        AND I THINK THAT THE DEPENDENT CLAIMS ARE SUFFICIENTLY
18   DISCRETE AND HAVE FAIRLY SIMPLE ADDITIONAL LIMITATIONS THAT
19   HOPEFULLY THAT SHOULD NOT BE A PROBLEMATIC NUMBER FOR THE
20   COURT.
21             THE COURT:  AND WHEN YOU SAY REDUCE IT BY SEVEN OR
22   NINE CLAIMS, DO YOU MEAN THROUGH BOTH NARROWING PROCESSES, OR
23   DO YOU JUST MEAN THE FIRST ONE?
24             MR. DANE:  I THINK THAT WHAT I'M CONTEMPLATING IS
25   THAT I THINK IN BRINGING IT DOWN BY AT LEAST A THIRD OR SO, WE
```

1    WOULD ANTICIPATE WE'LL BE ABLE TO DO THAT BY THE DATE THAT WE
2    PROVIDED IN THE CASE MANAGEMENT STATEMENT OF JUNE 27TH.
3         THERE MAY BE FURTHER NARROWING WE CAN DO ONCE DISCOVERY
4    HAS BEEN COMPLETED.
5         THE COURT:  I SEE.  WELL, WE DON'T HAVE TO DECIDE
6    THIS QUESTION NOW, BUT I THINK 12 CLAIMS IS GOING TO BE TOO
7    MANY FOR A BENCH TRIAL.
8         NOW, ONCE YOU DO THE NARROWING, WE CAN LOOK AT THE
9    INDIVIDUAL CLAIMS THAT YOU'RE CONTINUING TO ASSERT AND SEE, YOU
10   KNOW, EXACTLY HOW MUCH MORE DO THE DEPENDENT CLAIMS ADD TO THE
11   INDEPENDENT CLAIMS.
12        BUT 12 STILL SEEMS HIGH TO ME FOR A BENCH TRIAL, SO I WAS
13   THINKING MORE LIKE ULTIMATELY COMING DOWN TO MAYBE FIVE OR SIX.
14        BUT THIS IS A CONTINUING DISCUSSION.  I'M NOT GOING TO
15   MAKE ANY DECISION OR REQUIREMENT NOW.  OKAY?
16        MR. DANE:  THANK YOU, YOUR HONOR.
17        THE COURT:  ALL RIGHT.  SO WHY DON'T WE DO THIS:
18   YOUR DATE OF JUNE 27TH TO REDUCE THE NUMBER OF ASSERTED CLAIMS
19   IS FINE.
20        IN ADDITION TO SERVING THAT NARROWED LIST ON THE
21   DEFENDANTS, WOULD YOU ALSO JUST FILE IT FOR THE COURT'S
22   INFORMATION AS WELL?
23        MR. DANE:  CERTAINLY, YOUR HONOR.
24        THE COURT:  OKAY.  AND THEN THE JULY 18TH DATE THAT
25   THE DEFENDANTS PROPOSE FOR AN IDENTIFICATION AND NARROWING OF

1       PRIOR ART REFERENCES, THAT'S FINE.
2           IF YOU WOULD PLEASE ALSO FILE AND SERVE IT ON THAT DATE,
3       JULY 18TH?
4               MR. ACKER:  CERTAINLY.
5               THE COURT:  OKAY.  SO THEN THE SECOND STAGE OF PRIOR
6       ART AND ASSERTED CLAIM NARROWING WOULD BE SEVEN DAYS AFTER FACT
7       DISCOVERY CUT OFF.  FACT DISCOVERY CUT OFF IS OCTOBER 6TH OF
8       THIS YEAR, SO THE NARROWING OF THE CLAIMS WOULD OCCUR ON
9       OCTOBER 13TH OF 2014.
10          AND I'M GOING TO ASK YOU TO FILE AND SERVE THOSE AS WELL,
11      PLEASE.
12          AND THEN THE FURTHER NARROWING OF PRIOR ART REFERENCES
13      WILL OCCUR ON OCTOBER 20TH OF 2014 ACCORDING TO YOUR
14      STIPULATION, WHICH IS FINE.
15          IF YOU WOULD PLEASE ALSO FILE AND SERVE THOSE.
16          NOW, I WOULD LIKE TO SET A FURTHER CMC, SINCE I DIDN'T DO
17      THAT LAST TIME, FOR A DATE IN THE FALL, AND I THINK IT MAY MAKE
18      SENSE FOR US TO GET TOGETHER AFTER YOU'VE DONE THIS POTENTIALLY
19      FURTHER NARROWING, POTENTIAL FURTHER NARROWING, I SHOULD SAY.
20          SO LET ME ASK, MS. GARCIA, CAN YOU CHECK OUR CALENDAR FOR
21      ANY WEDNESDAY AT 2:00 ON OR AFTER OCTOBER 22ND?
22          (DISCUSSION OFF THE RECORD BETWEEN THE COURT AND THE
23      CLERK.)
24              THE COURT:  SO EITHER THE 29TH OR THE 5TH OF
25      NOVEMBER.

1       THE CLERK: THOSE DATES ARE AVAILABLE.
2       THE COURT: OKAY. DO YOU ANTICIPATE HAVING ANY NEED
3  TO COME IN SOONER THAN THAT?
4       MR. ACKER: NOT ON BEHALF OF IMPAX.
5       MR. DANE: NOT FOR TAKEDA.
6       THE COURT: OKAY. THEN WHY DON'T WE GET TOGETHER --
7  BETWEEN OCTOBER 22ND AND THE 29TH, DO YOU HAVE A PREFERENCE?
8       MR. DANE: NO, YOUR HONOR. I THINK A DATE IN THAT
9  TIME IS FINE WITH TAKEDA.
10      THE COURT: WHAT ABOUT FOR MR. STRONSKI, MR. ACKER,
11 AND MR. MIZERK?
12      MR. STRONSKI: YOUR HONOR, ARE WE TALKING ABOUT
13 EITHER THE 22ND OR THE 29TH?
14      THE COURT: YES. I JUST WANT IT TO BE AFTER THIS
15 SECOND STAGE OF CASE NARROWING.
16      MR. STRONSKI: THIS IS JIM STRONSKI FOR HANDA AND
17 PAR. EITHER DATE WOULD WORK FOR ME.
18      THE COURT: OKAY. WHAT ABOUT FOR MR. ACKER?
19      MR. ACKER: BOTH ARE FINE, YOUR HONOR.
20      THE COURT: ALL RIGHT. MR. MIZERK?
21      MR. MIZERK: BOTH DATES ARE FINE FOR TWI.
22      THE COURT: ALL RIGHT. WELL, IS THERE ANY BENEFIT TO
23 WAITING A LITTLE BIT AFTER THE -- THE PRIOR ART NARROWING WILL
24 BE OCTOBER 20TH.
25      NOW, THE 20TH IS ALSO THE DATE YOU ARE SERVING YOUR

```
1        INITIAL EXPERT REPORTS.
2             PERHAPS IT WOULD BE BETTER TO GET TOGETHER ON THE 29TH
3    BECAUSE THEN YOU CAN PREPARE YOUR JOINT CASE MANAGEMENT
4    STATEMENT AFTER YOUR EXPERT REPORTS AND CASE NARROWING, SO
5    YOU'RE NOT QUITE AS CRUNCHED.
6             MR. DANE:  THAT MAKES SENSE, YOUR HONOR.
7             THE COURT:  ALL RIGHT.  SO LET'S HAVE OUR CMC ON
8     OCTOBER 29TH.
9             THE OTHER THING I WOULD LIKE TO AVOID, AS WE ALREADY
10   DISCUSSED LAST WEEK, IS A PROVE-IT-UP SUMMARY JUDGMENT MOTION
11   ON EVERY SINGLE CLAIM.  I'LL JUST REITERATE THE REQUEST ON THAT
12   SCORE.
13            BUT WHAT ELSE?  WHAT ELSE?  ANYTHING ELSE THAT -- I MEAN,
14   I GREATLY APPRECIATE THAT YOU ONLY HAD SIX TERMS FOR THE CLAIM
15   CONSTRUCTION HEARING.
16            ANYTHING ELSE THAT WOULD BE HELPFUL IN STREAMLINING THIS
17   CASE?
18            MR. DANE:  NOTHING FROM TAKEDA, YOUR HONOR.
19            THE COURT:  OKAY.  WHAT ABOUT --
20            MR. ACKER:  THIS IS ERIC ACKER, YOUR HONOR.  JUST IF
21    WE COULD GET IT DOWN TO ONE CLAIM AGAIN, THAT WOULD BE GREAT.
22            (LAUGHTER.)
23            THE COURT:  ONE CLAIM, ALL RIGHT.
24            MR. ACKER:  WE CAN TRY TODAY, YOUR HONOR.
25            THE COURT:  I THINK ONE CLAIM IS NOT ENOUGH, SO --
```

1 OKAY.

2 MR. STRONSKI: WHAT TIME WOULD YOU LIKE TO SEE US ON

3 THE 29TH?

4 THE COURT: OH, AT 2:00 O'CLOCK, PLEASE, 2:00 IN THE

5 AFTERNOON.

6 AND THEN WE CAN ALWAYS -- RIGHT NOW OUR TRIAL IS SET FOR

7 SEVEN DAYS. I DON'T KNOW HOW MANY CLAIMS YOU ARE ASSUMING WERE

8 THE SUBJECT OF THAT TRIAL WITH THAT ESTIMATE. WE DON'T HAVE

9 TO --

10 MR. DANE: THAT ESTIMATE --

11 THE COURT: I'M SORRY. GO AHEAD.

12 MR. DANE: WE WERE ASSUMING THE NUMBER OF ASSERTED

13 CLAIMS THAT WERE ORIGINALLY ASSERTED. YOU KNOW, WE CAN

14 CONTINUE TO RE-EVALUATE AND CONSIDER WHETHER WHERE WE

15 ULTIMATELY END UP WOULD JUSTIFY A CHANGE IN THE TRIAL ESTIMATE.

16 THE COURT: OKAY, THAT'S FINE. AND WE DON'T HAVE TO

17 DECIDE THAT RIGHT NOW. THAT'S STILL -- THAT'S STILL ALMOST,

18 WHAT, TEN MONTHS AWAY. THAT'S FINE.

19 AND, YOU KNOW, I WILL WANT TO SEE THE ACTUAL CLAIMS TO SEE

20 WHAT, YOU KNOW, INCREMENTAL ADDITION EACH DEPENDENT CLAIM MAKES

21 BEYOND THE INDEPENDENT CLAIM.

22 BUT I JUST DO WANT TO MAKE SURE THAT WE KEEP THIS FOCUS SO

23 THAT IT'S VERY MANAGEABLE FOR US.

24 ALL RIGHT. WELL, IF THERE'S NOTHING ELSE, THEN I WILL

25 TALK WITH ALL OF YOU AGAIN ON OCTOBER 29TH.

1  MR. DANE: THANK YOU, YOUR HONOR.
2  MR. ACKER: THANK YOU VERY MUCH, YOUR HONOR.
3  THE COURT: ALL RIGHT. THANK YOU. TAKE CARE.
4  MR. STRONSKI: THANK YOU, YOUR HONOR.
5  (THE PROCEEDINGS WERE CONCLUDED AT 11:21 A.M.)

CERTIFICATE OF REPORTER

    I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

    THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: JUNE 24, 2014