UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and HANDA PHARMACEUTICALS, LLC,<br><br>    Plaintiffs-Counterdefendants,<br><br>v.<br><br>TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTCALS AMERICA, INC., and TAKEDA PHARMACEUTICALS U.S.A. INC.,<br><br>    Defendants-Counterclaimants. | Case No.:    13-CV-01927-LHK<br><br>Consolidated and Related Cases:<br>    13-CV-02416-LHK<br>    13-CV-02420-LHK<br><br>ORDER ON CASE NARROWING DEADLINE |

      Magistrate Judge Grewal has scheduled a hearing on Defendants' motion to amend their invalidity contentions (ECF No. 108) for July 21, 2014.  In light of the possibility that resolution of Defendants' motion may affect the scope of Defendants' asserted prior art references, the July 18, 2014 deadline for Defendants to file and serve a narrowed list of prior art references is hereby continued to July 25, 2014.  All other deadlines remain as set.

**IT IS SO ORDERED.**

Dated: June 26, 2014

                                      *Lucy H. Koh*
                                    LUCY H. KOH
                                    United States District Judge