*All parties and counsel listed on Signature Page.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAR PHARMACEUTICAL, INC. AND HANDA PHARMACEUTICALS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS AMERICA, INC., AND TAKEDA PHARMACEUTICALS U.S.A., INC.,<br><br>Defendants. | Case No. 5:13-cv-1927 LHK (PSG)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

WHEREAS Plaintiffs and Declaratory Judgment Defendants Takeda Pharmaceutical Co., Ltd., Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceuticals America, Inc., and Takeda Pharmaceuticals U.S.A., Inc., (collectively, "Takeda"), and Defendants and Declaratory Judgment Plaintiffs Par Pharmaceutical, Inc., and Handa Pharmaceuticals, LLC (collectively, "Par"), have agreed to terms and conditions for a settlement of this action and have set forth those terms and conditions in a settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record:

1. This action hereby is voluntarily dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. This Court retains jurisdiction to enforce or supervise performance under the settlement agreement; and

3. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

DATED: September 5, 2014

TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS LLC, AND TAKEDA PHARMACEUTICALS AMERICA, INC.

By: */s/ Jeffrey I. Weinberger*
Jeffrey I. Weinberger (SBN 056214)
*jeffrey.weinberger@mto.com*
Ted G. Dane (SBN 143195)
*ted.dane@mto.com*
Heather E. Takahashi (SBN 245845)
*heather.takahashi@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Eric K. Chiu (SBN 244144)
*eric.chiu@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

| | | |
|---|---|---|
| DATED: September 5, 2014 | | PAR PHARMACEUTICALS, INC. AND HANDA PHARMACEUTICALS, LLC |

By: ___*/s/ Mark T. Jansen*___
CROWELL & MORING LLP
Mark T. Jansen (SBN 114896)
*mjansen@crowell.com*
Jacob Z. Zambrzycki (SBN 289682)
*jzambrzycki@crowell.com*
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: ( 415) 986-2800
Facsimile: ( 415) 986-2827

James K. Stronski
*jstronski@crowell.com*
Bruce D. DeRenzi
*bderenzi@crowell.com*
Chiemi D. Suzuki (SBN 228148)
*csuzuki@crowell.com*
590 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __September 5__, 2014

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge